IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

MARCH 1998 SESSION

FILED

**March 26, 1998**

**Cecil Crowson, Jr.**
Appellate Court Clerk

JOSEPH TROY MANUEL,            )
                              )
              APPELLANT,      )
                              )     No. 02-C-01-9705-CC-00175
                              )
                              )     Benton County
v.                            )
                              )     Honorable Julian P. Guinn, Judge
                              )
                              )     (Post-Conviction Relief)
STATE OF TENNESSEE,           )
                              )
              APPELLEE.       )


FOR THE APPELLANT:

Ronald E. Darby
Attorney at Law
P.O. Box 524
Camden, TN 38320

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter
425 Fifth Avenue, North
Nashville, TN 37243-0497

Georgia B. Felner
Counsel for the State
425 Fifth Avenue, North
Nashville, TN 37243-0493

Robert Gus Radford
District Attorney General
P.O. Box 686
Huntingdon, TN 38344

Victoria L. DiBonaventura
Assistant District Attorney General
P.O. Box 94
Paris, TN 38343


OPINION FILED:_____


AFFIRMED PURSUANT TO RULE 20


Joe B. Jones, Presiding Judge

# O P I N I O N

The appellant, Joseph Troy Manuel (petitioner), appeals as of right from a judgment of the trial court dismissing his action for post-conviction relief. In this court, the defendant contends "the reasonable doubt jury instruction given at the guilt phase of the Defendant's trial violate[d] the Sixth, Eighth, and Fourteenth Amendments of the United States Constitution and the law of the land, Article I, Section 8, Constitution of the State of Tennessee." After a thorough review of the record, the briefs submitted by the parties, and the law governing the issue presented for review, it is the opinion of this court that the judgment of the trial court should be affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals.

The appellate courts of this State have upheld the use of a reasonable doubt instruction like the instruction given in this case. State v. Nichols, 877 S.W.2d 722, 734 (Tenn. 1994), cert. denied, 513 U.S. 1114, 115 S.Ct. 909, 130 L.Ed.2d 791 (1995); Pettyjohn v State, 885 S.W.2d 364, 365-66 (Tenn. Crim. App.), per. app. denied (Tenn. 1994); State v. Hallock, 875 S.W.2d 285, 294 (Tenn. Crim. App.), per. app. denied, (Tenn. 1994); see Terry Shannon Kimery v. State, Greene County No. 03-C-01-9512-CC-00412, 1997 WL 31143, slip op. 2-5 (Tenn. Crim. App., Knoxville, January 28, 1997), per. app. denied (Tenn. May 5, 1997).

_____
JOE B. JONES, PRESIDING JUDGE


CONCUR:


_____
GARY R. WADE, JUDGE


_____
JERRY L. SMITH, JUDGE